**Order entered February 28, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00278-CV

## CITY OF DALLAS, Appellant

## V.

## MILLWEE-JACKSON JOINT VENTURE AND STEPHEN M. MILLWEE, Appellees

### On Appeal from the 101st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. 04-07287-E

## ORDER

The Court has before it appellant's February 26, 2013 unopposed emergency motion to stay proceedings in the trial court pending resolution of this appeal. The Court **GRANTS** the motion and **STAYS** all further proceedings in the trial court. This stay shall remain in effect until further order of this Court.

/s/     DAVID B. LEWIS
JUSTICE